**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **In Re: Eric Bill Vollenweider and Sally Katherine Vollenweider** ) | **Case No. 19-50566-JAM** |
| **Debtor** ) | **Chapter 13 Proceeding** |
| ) | **June 5, 2019** |

## OBJECTION TO CONFIRMATION OF PLAN

**Wells Fargo Bank, N.A.**, (the "Creditor"), hereby objects to confirmation of the Debtor's Chapter 13 Plan dated May 12, 2019 (the "Plan"), in connection with the above referenced matter for the following reasons:

1. The Plan does not provide for payment of the Creditor's pre-petition mortgage arrearage estimated to be $231,480.46, with an estimated total debt of $408,101.31. The Creditor anticipates filing its Proof of Claim on or before the bar date of July 8, 2019.

2. The Chapter 13 Plan is not feasible in violation of 11 U.S.C. Section 1325(a)(6). The $500.00 monthly plan payment is not sufficient to cure the arrearage owed to the Creditor over the 36 month term of the plan. In order to cure the arrearage over 36 months, a monthly payment of $6,430.00 is necessary. According to Schedules I and J, the Debtors' monthly net income is $3,163.45. Schedule J does not list any expense for mortgage payments.

3.	The Chapter 13 Plan was not filed in good faith and in violation of 11 U.S.C. Section 1325(a)(7).

4.	The Chapter 13 Plan seeks to avoid the Creditor's secured claim pursuant to 11 U.S.C. Section 522(f) which is impermissible as the Creditor's lien is not a judicial lien or a nonpossessory, nonpurchase money security interest.

By /s/ *Sara M. Buchanan*
Sara M. Buchanan
Movant's Attorney
Federal Bar No.ct30340
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

  I hereby certify that on this 5th day of June, 2019, a copy of the foregoing was served to the following:

Eric Bill Vollenweider and Sally Katherine
Vollenweider
Debtor
499 Cleveland Avenue
Bridgeport, CT 06604
*Via First Class Mail*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

Roberta Napolitano, Esq.
Trustee
*Via Electronic Notice of Filing*

    By /s/ *Sara M. Buchanan*
    Sara M. Buchanan
    Movant's Attorney
    Federal Bar No.ct30340
    Bendett & McHugh, P.C.
    270 Farmington Avenue, Suite 171
    Farmington, CT  06032
    Phone: (860) 677-2868
    Fax: (860) 409-0626
    E-Mail: BKECF@bmpc-law.com